UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHYANNE SMITH,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>THE TJX COMPANIES, INC. *d/b/a* T.J. MAXX.,<br><br>　　　　　　Defendants. | Civil Action No. 16-cv-08755 (RWS)<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

　　　　Pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, Defendant The TJX Companies, Inc., by their undersigned counsel, state that The TJX Companies, Inc. is publicly traded and does not have a parent corporation.  No company owns 10% or more of The TJX Companies, Inc.'s stock.

Date:　December 2, 2016
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　s/ Craig Benson
　　　　　　　　　　　　　　　　　　　　　　　Craig R. Benson
　　　　　　　　　　　　　　　　　　　　　　　Meredith L. Kaufman
　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION
　　　　　　　　　　　　　　　　　　　　　　　900 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022.3298
　　　　　　　　　　　　　　　　　　　　　　　212.583.9600
　　　　　　　　　　　　　　　　　　　　　　　cbenson@littler.com
　　　　　　　　　　　　　　　　　　　　　　　mkaufman@littler.com

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　.