UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

Smith,

:  16cv 8755

:  Civ.        (RWS)

-v.-

:

TJX Companies
---------------------------------------X

Please be advised that the conference scheduled

for __4-18-17__ has been rescheduled to

__4-20-17__ at __11 AM__ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

4/12/17

_____
ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/17